# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2021

## NO. 03-21-00085-CV

### S. G. and S. T., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on January 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a new trial. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.